ELLEN McGRATH, Respondent, v. ANTONIO VACCARO, Appellant.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with-

out costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Aldrich, JJ. [See *ante,* p. 948.]